In re: BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,
　　　　Debtors

　Old Republic General Insurance Group,
　　　　Appellant