

Carl N. Kunz, III
302-888-6811
ckunz@morrisjames.com

April 11, 2023

VIA EMAIL – emergency_motions@ca3.uscourts.gov

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:  Old Republic Insurance Company *v. Boy Scouts of America and Delaware BSA, LLC, et al.*, (no case number yet assigned 3d Cir.).

Dear Ms. Dodszuweit:

This firm represents Old Republic Insurance Company. We write to inform the Court that we agree with and, to the extent permissible, join and incorporate the *Emergency Motion of Insurers for a Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion*, filed by National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania on April 10, 2023. We are not yet able to formally join the motion because Old Republic's Notice of Appeal, filed on April 10, 2023, has not yet been docketed in this Court and all filed appeals have not yet been procedurally consolidated under a single docket number as they were in the district court.

Respectfully,

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar ID 3201)

cc:  All counsel (via email)